IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACEY BRAY, as Independent Administrator of the Estate of SUNNY LYNN SWANSON, Deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>PATROLMAN JAMES M. HUBER, PATROLMAN RONALD FUNK, PATROLMAN WAYNE KEYS, PATROLMAN CHRISTOPHER FOPPE, LIEUTENANT DOUG JONES, SERGEANT JAMES DAHM, and CITY OF BELLEVILLE, ILLINOIS, a municipal corporation,<br><br>      Defendants. | Case No. 3:10-cv-807-JPG-SCW |

This matter having come before the Court, and the plaintiff having filed notices of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                   **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                   **By:s/Deborah Agans, Deputy Clerk**

**Date:  January 9, 2012**


**APPROVED**: s./ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**